UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-112-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DONALD BRENT FLETCHER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:   Unlawful Possession of Firearms, Unlawful Possession of Ammunition; Unlawful Possession of Unregistered Firearm

<u>Date of Detention Hearing</u>:   May 3, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged with being a felon in possession of firearms and ammunition,

having previously been convicted of unlawful possession of an explosive device, assault in the second degree with a deadly weapon, possession of methamphetamine, and felony harassment. The AUSA proffers that the intended victim of the previous explosives charge was his girlfriend, who the defendant believed to have been talking to law enforcement.  In that prior incident, the AUSA proffers that the defendant was armed and lying in wait for the responding officers when they came to his residence.  The AUSA further proffers that the officers executing a state search warrant found an Improvised Explosive Device (IED) in defendant's safe that was capable of being hooked up to a car battery and exploding, as well as two sawed-off shotguns and ammunition.

    (2)    Defendant admits to being a user of methamphetamine, contending that the use is occasional.  The government contends that his wrecking yard business is being operated illegally, and that he has no legitimate source of income.

    (3)    Defendant poses a risk of nonappearance due to substance abuse issues.  He poses a risk of danger due to the nature of the charges and his criminal history.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

01     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
02             counsel;
03     (3)    On order of a court of the United States or on request of an attorney for the
04             Government, the person in charge of the corrections facility in which defendant
05             is confined shall deliver the defendant to a United States Marshal for the purpose
06             of an appearance in connection with a court proceeding; and
07     (4)    The clerk shall direct copies of this Order to counsel for the United States, to
08             counsel for the defendant, to the United States Marshal, and to the United States
09             Pretrial Services Officer.
10 DATED this <u>3rd</u> day of May, 2010.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge